**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**



EQUAL EMPLOYMENT OPPORTUNITY        ]
COMMISSION                          ]
                                    ]
                Plaintiff,          ]
                                    ]
PAMELA WILLIAMS, REGINA GODFREY,    ]
MARY CLARK AND TRACIE HAMMONDS      ]
                                    ]
                Plaintiff-Intervenors ]     *CV00 - N - 2424 - S*
                                    ]
vs.                                 ]
                                    ]
                                    ]
DANKA OFFICE IMAGING COMPANY        ]
CORPORATION D/B/A DANKA             ]
                                    ]
                Defendant.          ]
_____                 ]

**ENTERED**
JAN  9 2002

## ORDER OF DISMISSAL

        The Court hereby Orders this Cause be dismissed with prejudice.  This Order
of Dismissal is entered pursuant to Fed. R. Civ. P. 41(a)(2).  The Court has examined
the Settlement Agreements between the EEOC and Danka and the Plaintiff-Intervenors
and Danka, approves their terms and conditions and directs that the Settlement
Agreements be effectuated in accordance with their terms.

        Without affecting the finality of this Order in any way, this Court hereby retains
continuing jurisdiction over (a) implementation and administration of the Settlement
Agreements; (b) each and every act agreed to be performed by the parties in the
Settlement Agreements. *See, Kokkonen v. Guardian Life Insurance Co., Of America*,
511 U.S. 375, 114 S.Ct. 1673 (1994); *In re T2 Medical, Inc. Shareholder Litigation, et.
al. v. Allegra, T2 Medical, Inc., et. al.* 130 F.3d 990 (11th Cir. 1997).

The Court will retain such jurisdiction for two years from the entry of this Order.

So ordered: December ____9th____, 2001

ĒDWIN L. NELSON
UNITED STATES DISTRICT JUDGE